**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 3042 Disciplinary Docket No. 3 |
| | : | |
| ROARKE THOMAS ASTON | : | No. 33 DB 2024 |
| | : | |
| | : | (Court of Common Pleas of Berks |
| | : | County, No. CP-06-CR-0002109-2023) |
| | : | |
| | : | Attorney Registration No. 209138 |
| | : | |
| | : | (Berks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2024, upon consideration of the Joint Petition to Temporarily Suspend an Attorney, the rule to show cause entered on April 5, 2024, is discharged, and the Joint Petition is granted. Roarke Thomas Aston is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and shall comply with the provisions of Pa.R.D.E 217.